IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

REVEREND CURLY HOUSE

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NO: 93-2378-HB

FRED RANEY, et al.,

    Defendant.

---

    Decision by Court. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    It is so ordered and adjudged that in compliance with the order dismissing case, the case is hereby dismissed.

APPROVED:

_____
ODELL HORTON, CHIEF JUDGE
UNITED STATES DISTRICT COURT

10/29/93
Date

ROBERT R. DI TROLIO

_____
Clerk

CERTIFIED TO BE A TRUE
ROBERT R. DI TROLIO
BY: _____
    DEPUTY CLERK

_____
(By) Deputy Clerk

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/29/93.